UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRONHAWK TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> DROPBOX, INC., <br> Defendant. | Case No. 19-mc-80017-TSH <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 3 |

Ironhawk Technologies, Inc., has filed a motion to shorten time concerning its motion to quash the subpoena to Salesforce.com, Inc. The Court **ORDERS** that any response by Dropbox, Inc., to the motion to shorten time is due no later than noon on February 1, 2019. The Court also **ORDERS** Ironhawk to serve this order on Dropbox's counsel by email immediately.

**IT IS SO ORDERED.**

Dated: January 31, 2019

THOMAS S. HIXSON
United States Magistrate Judge